# United States Court of Appeals

**For The Eighth Circuit**
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 30, 2020

Mr. John Courter, Clerk
U.S. District Court
123 E. Walnut Street, Room 300
P.O. Box 9344
Des Moines, IA  50306-9344

    Case:  United States v. Roscoe Chambers
    District Court Case Numbers: 3:12-cr-00071-SMR-1

Dear Mr. Courter,

    Please find enclosed what we have construed as a new notice of appeal in the above mentioned case. Please use the received date noted from our court of March 30, 2020 when docketing this pleading.

    Mr. Chambers is advised that sending notices of appeal and other documents that should be filed in the District Court to our court only results in delay as they must then be forwarded to the appropriate court for filing.

    Should you require further assistance in this matter, please do not hesitate to contact our office.

Sincerely,

Michael E. Gans
Clerk of Court

cmh

Mr. Roscoe Chambers
#13495-030
U.S. PENITENTIARY
P.O. Box 1002
Thomson, IL 61285

**RECEIVED**
APR 0 6 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA