# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3118

_____

Roscoe Chambers

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(4:18-cv-00162-SMR)
(3:12-cr-00071-SMR-1)

_____

**JUDGMENT**

Before LOKEN, WOLLMAN, and BENTON, Circuit Judges.

The motion for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

February 26, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans