# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 26, 2021

Mr. Roscoe Chambers
U.S. PENITENTIARY
13495-030
AUSP Thomson
P.O. Box 1002
Thomson, IL  61285

      RE:  20-3118  Roscoe Chambers v. United States

Dear Mr. Chambers:

      Enclosed is a dispositive order entered today at the direction of the court.

      Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

      Michael E. Gans
      Clerk of Court

CMD

Enclosure(s)

cc:    Mr.  Clerk, U.S. District Court, Southern Iowa
       Mr. Richard D. Westphal

      District Court/Agency Case Number(s):  4:18-cv-00162-SMR
                                                          3:12-cr-00071-SMR-1